IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00763-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

Plaintiff,

v.

W. MONTGOMERY, EX-ADX Administrative Remedy Coordinator,
ADX OFFICE OF SIA/SIS,
ADX MAILROOM, INMATE SYSTEMS, MANAGER/OFFICERS,
ADX OFFICE OF HEALTH SERVICES,
ADX OFFICE OF FOOD SERVICES,
ADX PROPERTY, LIEUTENANT J. WALTERS,
J. CASTILLO, ADX S.O.S.,
L. RODGERS, ADX S.O.S.,
D. FOSTER, ADX S.O.S., and
C. F. BELL, ADX S.O.S., All Being Sued in Their Official and Individual Capacities,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE A SECOND AMENDED PLEADING

---

On June 22, 2006, the Court directed Plaintiff to amend the Complaint and use the same legible writing in documents that he submits to the Court that he is found to use in other correspondence. On July 12, 2006, Plaintiff filed an Amended Complaint. Nonetheless, Plaintiff's writing is no more legible than his writing is in the Complaint that he submitted to the Court on April 10, 2006.

As opposed to dismissing the action for failure to comply with the Court's June 22, 2006, Order, the Court will give Plaintiff the benefit of the doubt and assume that he did not understand the Court's Order. The Court again will direct Plaintiff to amend the Complaint and to use the same legible writing that he uses in other correspondence.

The Court will attach a copy of an example of Plaintiff's writing that is acceptable to the Court. In the example, the writing is properly spaced and does not appear to be a continuous line of letters. The writing is not so large in the example that it impairs the writing on the lines above and below and makes it impossible to decipher the words on any of the lines.

If Plaintiff fails to comply with the instant Order the Complaint and action will be dismissed without further notice. Accordingly, it is

ORDERED that Plaintiff file **within thirty days from the date of this Order** a second amended pleading that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that the Clerk of the Court attach a copy of the second page of Claim # 9, which is an attachment to the Complaint that Plaintiff submitted to the Court on April 10, 2006. It is

FURTHER ORDERED that if Plaintiff fails within the time allowed to file an original and sufficient copies of a second amended pleading that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 25th day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge

GRIEVANCE COMPLAINT AGAINST S.O.S. J. CASTILLO AND S.O.S. L. ROGERS

"A8 CONTINUATION ATTACHMENT"

# 3420.09 AND 5566.05, CONCERNING THEIR ACTS AND OMISSIONS WITH THE MALE-[IC] INTENT TO HARM ME (MISUSE OF FORCE APPLIED WITH HANDCUFFS AS A METHOD) TO PUNISH ME. AT NO TIME DID I DISPLAY SIGNS OF IMMINENT VIOLENCE OR BECAME VIOLENT FOR THE AMOUNT OF FORCE USED IMMEDIATELY AWAY FROM CAMERAS TO ESCORT ME FROM THE REC. YARDS TO CELL 20 IN F-UNIT CORRIDOR OR DID I RESIST, BECAME AGGRESSIVE OR BECAME VIOLENT TO BE SUBDUED THE WAY I WAS SUBDUED PHYSICALLY. THE FORCE USED BY S.O.S. J. CASTILLO TO PUNISH ME FOR REASONS I CANNOT SAY FOR THREATS WERE MADE TO NOT SPEAK TO NO ONE OR COOPERATE WITH THE INVESTIGATION, SO I MUST REMAIN SILENT ON THE CAUSES WHY FORCE WAS USE FOR PUNISHMENT TOWARDS ME THAT CAUSE UNNECESSARY PAIN (PHYSICAL) OR EXTREME DISCOMFORT BEFORE, DURING AND AFTER THE MIS-USE OF APPLICATION OF RESTRAINTS AND IMMEDIATE UNNECESSARY USE OF FORCE, AND BATON BEING USE BY S.O.S. L. ROGERS FOR PUNISHMENT.

OIG, FBI AND U.S. ATTORNEY ON MY COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00763-BNB

Christopher Mitchell
a/k/a C. Eli-Jah Hakeem Muhammad
Reg. No. 02791-088
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** the above-named individuals on 7/25/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk