IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00763-WYD-BNB

CHRISTOPHER MITCHELL a/k/a C. ELI-JAH HAKEEM MUHAMMAD,

Plaintiff,

v.

J. CASTILLO, individual capacity,
L. RODGERS, ADX - S.O.S., individual capacity,
L. SMITH, ADX-Special Investigative Supervisor in his official capacity, and in his individual capacity,
M.A. SOSA, ADX-Mailroom Supervisor, in his official capacity, and in his individual capacity,
R. BAUER, ADX-Health Services Administrator, in his official capacity, and in his individual capacity, and
D. JONES, ADX-Food Services Administrator, in his official capacity, and in his individual capacity,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following motions filed by the plaintiff (the "Motions"):

1. **Plaintiff's Motion to Compel** [Doc. #40, filed 4/25/07]; and

2. **Plaintiff's Second Motion to Compel** [Doc. #49, filed 7/3/07].

The plaintiff seeks an order compelling prison counselors, W. Haygood and L. Madison, and case manager, K. Flock, to immediately return his legal personal property concerning this action.

Haygood, Madison, and Flock are not parties to this case. Therefore, the Court does not have jurisdiction over them. Moreover, the rules of civil procedure permit a party to file a motion

to compel in order to enforce a discovery request. Fed.R.Civ.P. 37. The plaintiff is not seeking to enforce a discovery request.

      IT IS ORDERED that the Motions are DENIED.

      Dated October 1, 2007.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge