IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00763-WYD-BNB

C. ELI-JAH HAKEEN MUHAMAD,
a/k/a CHRISTOPHER MITCHELL,

    Plaintiff,

v.

J. CASTILLO, individual capacity,
L. RODGERS, ADX - S.O.S., individual capacity,
L. SMITH, ADX-Special Investigative Supervisor in his official capacity, and in his individual capacity,
M.A. SOSA, ADX-Mailroom Supervisor, in his official capacity, and in his individual capacity,
R. BAUER, ADX-Health Services Administrator, in his official capacity, and in his individual capacity, and
D. JONES, ADX-Food Services Administrator, in his official capacity, and in his individual capacity,

    Defendants.
_____

**ORDER**
_____

    The plaintiff filed his Third Amended Complaint on September 27, 2006 [Doc. #18]. The Complaint asserts twelve claims against the defendants in their individual and official capacities pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

    On January 12, 2007, the district judge ordered the United States Marshal to serve the defendants [Doc. #26]. The Bureau of Prisons ("BOP") provided waivers from defendants Castillo, Rodgers, Bauer, and Jones. The BOP did not provide waivers from defendants Sosa and Smith, nor did it provide addresses for these defendants. Accordingly,

IT IS ORDERED that on or before **January 31, 2008**, the BOP shall provide the Court with current addresses for defendants Sosa and Smith, if known.

Dated January 14, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge