IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00763-WYD-BNB

CHRISTOPHER MITCHELL a/k/a C. ELI-JAH HAKEEM MUHAMMAD,

Plaintiff,

v.

J. CASTILLO, individual capacity,
L. RODGERS, ADX - S.O.S., individual capacity,
L. SMITH, ADX-Special Investigative Supervisor in his official capacity, and in his individual capacity,
M.A. SOSA, ADX-Mailroom Supervisor, in his official capacity, and in his individual capacity,
R. BAUER, ADX-Health Services Administrator, in his official capacity, and in his individual capacity, and
D. JONES, ADX-Food Services Administrator, in his official capacity, and in his individual capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion Directing Defendants' to File a Reply Brief to Plaintiff's Brief in Opposition to the Motion to Dismiss** [docket no. 85, filed February 28, 2008] (the "Motion").

IT IS ORDERED that the Motion is DENIED.


DATED: March 3, 2008