IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00763-WYD-BNB

C. ELI-JAH HAKEEN MUHAMAD,
a/k/a CHRISTOPHER MITCHELL,

    Plaintiff,

v.

L. SMITH, ADX-Special Investigative Supervisor, and
M.A. SOSA, ADX-Mailroom Supervisor,

    Defendants.

## ORDER

This matter is before me on the **Motion to File Plaintiff's "Exhibits / Attachments" Out of Time Instantainer** [sic] **to Show Cause** [Doc. #71] (the "Motion"). The Motion is DENIED AS MOOT.

The plaintiff seeks an extension of time to submit documents to demonstrate why he cannot make his monthly filing fee payments. On March 25, 2008, I ordered the Federal Bureau of Prisons to take responsibility for submitting the required payments to the Court. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated May 29, 2008.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge